E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-07460-S3**
**8/15/2024 8:18 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

|  |  |  |
|---|---|---|
| MATHEW KNIGHT | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO. ___ 24-C-07460-S3 |
| v. | ) | |
| | ) | JUDGE: ___ |
| GOLDEN BEAR INSURANCE | ) | |
| COMPANY, | ) | <u>JURY TRIAL DEMANDED</u> |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>COMPLAINT</u>

COMES NOW Plaintiff Mathew Knight and files his Complaint against the above named

Defendant and, in furtherance thereof, shows this Honorable Court the following:

1.

Defendant GOLDEN BEAR INSURANCE COMPANY (hereinafter "Golden Bear") is subject

to the jurisdiction and venue of this Court, and Summons and a copy of Plaintiff's Compliant may

be served upon it in a manner provided by law.   (Henry Su, Registered Agent, 1550 West Fremont

Street, Stockton, California 95203)

2.

On February 8, 2024, a Clayton County jury returned a verdict in favor of Plaintiff Mathew

Knight against Defendant's insured, Get Air Suwanee Parks, LLC, in the total amount of **Three**

**Million, Five Hundred Thousand Dollars ($3,500,000.00).**

3.

On February 22, 2024, the State Court of Clayton County entered a judgment against Get Air

Suwanee Parks, LLC, in the amount of Three Million, Five Hundred Thousand Dollars

($3,500,000.00).  A copy of the ***Judgement*** is attached as Exhibit A.

1

4.

Defendant Golden Bear issued a commercial general liability policy number GBL60132, which covered Get Air Suwanee Parks, LLC, for bodily injury liability in the amount of One Million Dollars ($1,000,000). A copy of Golden Bear Policy No. GBL60132 is attached as Exhibit B.

5.

On or about the 6th day of June, 2024, Mathew Knight's counsel requested in writing that Defendant Golden Bear tender its One Million Dollar ($1,000,000.00) liability policy, which request was ignored. A copy of this letter is attached as Exhibit C.

6.

Under Georgia law, where an injured party obtains an unsatisfied judgment against a party who has insurance coverage covering injuries – so that the judgment fixes the liability of the insured party to the injured party – the injured party may bring an action directly against the insurer to satisfy the judgment against the insurance proceeds. *State Farm v. Bauman*, 313 Ga.App. 771 (2012); see also, *Smith v. GEICO*, 179 Ga.App. 654 (1986).

7.

Moreover, pursuant to the above-referenced policy, Plaintiff Mathew Knight is entitled to post-judgment interest of the full amount of any judgment up to the time Golden Bear has paid, offered to pay, or deposited in the court the part of the judgment that is within the applicable limit of insurance. *See* page 8 of 16 of said policy.

8.

Pursuant to the above-referenced policy, Plaintiff Mathew Knight is also entitled to all court costs taxed against Get Air Suwanee Parks, LLC. *See* page 8 of 16 of said policy.

9.

Defendant Golden Bear has caused Plaintiff unnecessary trouble and expense, has acted in bad faith, and has been stubbornly litigious, and, therefore, Plaintiff Mathew Knight is entitled to recover his costs and expenses of litigation, including, but not limited to attorneys' fees.


10.

The judgment, along with court costs and post-judgment interest, obtained by Plaintiff Mathew Knight referenced hereinabove remains unsatisfied as of the filing of this Complaint.

WHEREFORE, Plaintiff Mathew Knight demands a jury trial, judgment against Defendant Golden Bear Insurance Company for its policy limit of One Million Dollars ($1,000,000.00), along with court costs and post-judgment interest stemming from Knight's judgment against Get Air, plus expenses of litigation, including attorneys' fees, and for such further relief as deemed just under the circumstances.

Respectfully submitted,

*/s/ Keith E. Fryer*
Keith E. Fryer, Esq.
Attorney for Plaintiff
Georgia Bar No. 279037

FRYER, SHUSTER, LESTER & POLLACK, P.C.
1050 Crown Pointe Parkway
Suite 410
Atlanta, Georgia 30338
(T): 770.668.9300
(F): 770.668.9465
kfryer@galegal.com

BONDURANT, MIXON & ELMORE, LLP

*/s/ Naveen Ramachandrappa*
Naveen Ramachandrappa
Attorney for Plaintiff
Georgia Bar No. 422036

1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
T: 404.881.4100
F: 404.881.4111
ramachandrappa@bmelaw.com

2018CV02012

e-Filed 2/22/2024 3:12 PM

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Waukecia Lawrence

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| MATHEW KNIGHT | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO. 2018CV02012 |
| v. | ) | |
| | ) | JUDGE:  Hon. Tammi Hayward |
| GET AIR SUWANEE PARKS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JUDGMENT ON VERDICT

The above-styled case came before the Court for a jury trial and the jury found in favor of

Plaintiff and against Defendant in the amount of $3,500,000.00 on February 8, 2024.

**IT IS ORDERED** and **ADJUDGED**, that the jury's verdict, dated by the foreperson on

February 8, 2024, and filed herein, be made the judgment of this Court in favor of Plaintiff in the

amount of $3,500,000.00 and against Defendant. Interest on this Judgment shall accrue at the legal

rate from the date of entry until satisfaction.

SO ORDERED this _____ day of February, 2024.

_____
Hon. Tammi Hayward
Judge, State Court of Clayton County

# EXHIBIT A

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| MATHEW KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2018CV02012 |
| | ) | |
| GET AIR SUWANEE PARKS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this day served a copy of the order dated February 22, 2024 on the parties through the Georgia Odyssey e-filing system.

This 22nd day of February, 2024.

Camille Heath-Fortson,
Staff Attorney for Judge Tammi Long Hayward
State Court of Clayton County



# Golden Bear Insurance Company

POST OFFICE BOX 271
STOCKTON, CALIFORNIA 95201

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

| Policy Number | GBL 60132 |
|---|---|
| Renewal of Number | New |

| Named Insured and Mailing Address | Producer Name and Mailing Address |
|---|---|
| Get Air Suwanee Parks, LLC<br>dba Get Air Johns Creek<br>1821 West 4000 South, Suite 400<br>Roy, UT 84067 | R-T Specialty, LLC (Chicago, IL)<br>500 W. Monroe Street, 28th Fl<br>Chicago, IL 60661 |

| POLICY PERIOD | From: November 10, 2017 | To: November 10, 2018 | Term: Annual |
|---|---|---|---|

12:01 A.M. Standard Time at the address of the Named Insured as stated herein.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $2,000,000. |
| Products -- Completed Operations Aggregate Limit | $2,000,000. |
| Personal and Advertising Injury Limit | $1,000,000. |
| Each Occurrence Limit | $1,000,000. |
| Damage To Premises Rented to You | $100,000. |
| Medical Expense Limit | Excluded.  ANY ONE PERSON |
| Deductible per claim  $2,500 | |

### DESCRIPTION OF BUSINESS AND LOCATION PREMISES

Form of Business:  **Limited Liability Company**
Business Description:  **Trampoline Park**
Location(s) of All Premise(s) You Own, Rent or Occupy:  **3975 Lakefield Court Ste 108-115, Suwanee, GA, 30024**

### PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advanced Premium Pr/Co | Advanced Premium All Other |
|---|---|---|---|---|---|---|
| Admissions - Trampoline | --- | Gross Sales $1,000,000.00 | Included | $47.00 | Included | $47,000.00 |
| Concession | --- | Gross Sales $620,000.00 | Included | $7.00 | Included | $4,340.00 |

Party Revenue:
60% applies to the Admissions – Trampoline rate
40% applies to the Concession rate

| | Adjustable | |
|---|---|---|
| Fully Earned Policy Fee | $250.00 | |
| Inspection Fee | N/A | |
| Total Advance Premium | $51,590.00 | |

25% of the Advanced Premiums are fully earned at policy inception

**This declaration together with the coverage form(s) and any applicable endorsements listed in the attached Forms Inventory, form a part of and complete the above numbered policy.  See Forms Inventory GBR-FI-EXT 08 99**

Issue Date:          November 10, 2017    ae    ae

2018CV02012

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

*President*

*Secretary*

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1982, 1983

2018CV02012

# GOLDEN BEAR INSURANCE COMPANY
## FORMS INVENTORY

| | |
|---|---|
| Named Insured: | Get Air Suwanee Parks, LLC dba Get Air Johns Creek |
| Policy Number: | GBL 60132 |
| Effective Date: | November 10, 2017 |

| Form Number | Edition Date | Form Title |
|---|---|---|
| IL 0017 | 11-98 | Common Policy Conditions |
| GBR FI EXT | 08-99 | Forms Inventory |
| IL P 001 | 01-04 | U.S. Treasury Department's Office of Foreign Assets Control |
| GBR 102 | 11-10 | Service of Suit |
| GBR 200 | 10-07 | Deductible Liability Insurance |
| GBR 202 | 10-07 | Premium Payment Endt |
| GBR 203 | 10-07 | Premium Audit |
| GBR 413 | 03-15 | Minimum Earned Premium |
| CG 0001 | 12-07 | Commercial General Liability Coverage Form |
| CG 2011 | 01-96 | AI-Managers or Lessors of Premises |
| CG 2029 | 11-85 | Additional Insured-Grantor of Franchise |
| CG 2144 | 07-98 | Limitation of Coverage to Designated Premises or Project |
| CG 2407 | 01-96 | Products-Completed Operations Hazard Redefined |
| CG 2426 | 07-04 | Amendment of Insured Contract Definition |
| IL 0021 | 07-02 | Exclusion-Nuclear Energy Liability Exclusion Endorsement |
| GBR 201 | 10-07 | Exclusion - Absolute Asbestos |
| GBR 204 | 10-07 | Exclusion- Lead Contamination |
| GBR 208 | 10-07 | Exclusion- Professional Services |
| GBR 218 | 02-14 | Exclusion-Punitive Damages |
| GBR 225 | 03-11 | Exclusion-Mold |
| GBR 227 | 10-07 | Exclusion-Communicable Disease |
| GBR 245 | 03-11 | Insured vs Insured Exclusion |
| GBR 296 | 08-10 | Exclusion-Prior Manifestation-GL |
| GBR 411 | 02-14 | Exclusion-Absolute Liquor Liability |
| GBR 414 | 04-16 | Cyber Liability Exclusion |
| GBR417 | 02-17 | Exclusion-Electronic or Written Publication |
| CG 0067 | 03-05 | Exclusion-Violation of Statutes that Govern E-Mails Fax  Phone |
| CG 2135 | 10-01 | Exclusion-Coverage C-Medical Payments |
| CG 2136 | 03-05 | Exclusion-New Entities |

GBR-FI-EXT (08/99)

# GOLDEN BEAR INSURANCE COMPANY
## FORMS INVENTORY

| Named Insured: | Get Air Suwanee Parks, LLC dba Get Air Johns Creek |
|---|---|
| Policy Number: | GBL 60132 |
| Effective Date: | November 10, 2017 |

| CG 2147 | 12-07 | Employment-Related Practices Exclusion |
| CG 2153 | 01-96 | Exclusion-Designated On-Going Operations |
| CG 2155 | 09-99 | Exclusion-Total Pollution Exclusion with a Hostile Fire Exception |
| CG 2196 | 03-05 | Exclusion-Silica or Silica-Related Dust |
| CG 2173 | 01-15 | Exclusion-Certified Acts of Terrorism |

GBR-FI-EXT (08/99)

2018CV02012

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site -- http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

2018CV02012

## SERVICE OF SUIT ENDORSEMENT

In the event of our failure to pay any amount claimed to be due, we, at your request, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such court.

The foregoing shall not constitute a waiver of the right of the Company to remove, remand, or transfer such suit to any other court of competent jurisdiction in accordance with the applicable statutes of the state of the United States which most properly governs the cause of action alleged.

In any suit instituted against us upon this contract, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

It is further agreed that service of process in such suit may be made upon the Superintendent, Commissioner, or Director of Insurance or other person specified for that purpose by statute or his or her successor or successors in office as their true and lawful attorney upon whom may be served all lawful process in any action, suit, or proceeding instituted by or on behalf of the Named Insured or beneficiary arising out of the contract of insurance.

The Company hereby designates Stacey A. Jackson, General Counsel of Golden Bear Insurance Company, 709 N. Center Street, Stockton, CA 95202, as the person to whom the said Superintendent, Commissioner, or Director of Insurance is authorized to mail by certified or registered mail such process or a true copy thereof, in compliance with the applicable statutes governing said service of process in the Agreed Jurisdictions.

Service of suit against us may alternatively be made by personal service upon our designated agent for service of process as follows:

Stacey Jackson, General Counsel
Golden Bear Insurance Company
709 N. Center Street
Stockton, CA 95202

All other terms and conditions of this policy remain unchanged.

GBR102 11/10

**GOLDEN BEAR INSURANCE COMPANY**

2018CV02012

**Policy Number:  GBL 60132**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**GBR 200 10 07**

# DEDUCTIBLE LIABILITY INSURANCE
### (Including Costs and Expenses)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount of Deductible | |
|---|---|---|
| Bodily Injury Liability (including Costs and Expenses) | $2,500.00 | per claim |
| Property Damage Liability (including Costs and Expenses) | $2,500.00 | per claim |
| Personal and Advertising Injury Liability(including Costs and Expenses) | $2,500.00 | per claim |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Application of Endorsement** (Enter below any limitations on the application of this endorsement.  If no limitation is entered, the deductibles apply to damages for all "bodily injury", "property damage", "personal injury" and "advertising injury", however caused):

1.  Our obligation under the Bodily Injury Liability, Property Damages Liability, Personal Injury Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the schedule as applicable to such coverages, and the limits of insurance applicable to "each occurrence" for such coverages will be reduced by the amount of such deductible.  "Aggregate" limits for such coverages shall not be reduced by the application of such deductible.

2.  The deductible amount applies:

    a.  Under the Bodily Injury Liability, to all damages because of "bodily injury" sustained by one person;
    b.  Under the Property Damage Liability, to all damages because of "property damage" sustained by one person or organization; or
    c.  Under the Personal Injury or Advertising Injury Liability, to all damages because of "personal injury" or "advertising injury" sustained by one person or organization,

    as a result of any one "occurrence".

*Page 1 of 2*

2018CV02012

3.   The deductible amount shown in the Schedule applies toward investigation, adjustment and legal expenses incurred in the handling and investigation of each claim, whether or not payment is made to claimant, compromise settlement is reached or claim is denied.

4.   The terms of this insurance, including those with respect to:

   a.   Our right and duty to defend "suits" seeking those damages; and
   b.   Your duties in the event of an "occurrence", claim or suit,

   apply irrespective of the application of the deductible amount.

5.   We may at our sole election and option, either:

   a.   Pay any part or all of the deductible amount to effect settlement of any claim or suit and upon notification of the action taken, you shall promptly reimburse us to such part of the deductible amount as has been paid by us; or

   b.   Upon our receipt of notice of any claim or at any time thereafter, request you to pay over and deposit with us all or any part of the deductible amount, to be held and applied per the terms of this policy.


All other terms and conditions of the policy remain unchanged.


*Page 2 of 2*

2018CV02012

**Policy Number:  GBL 60132**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

GBR 202 10/07

# PREMIUM PAYMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

---- Concession - This premium will be adjustable at expiration at a rate of $7.00 per $1,000 of Gross Sales.

---- Admissions - Trampoline - This premium will be adjustable at expiration at a rate of $47.00 per $1,000 of Gross Sales.

--- Party Revenue:.
.  a) Admission / Trampoline rate per $1,000 of gross sales, applies to 60% of party revenue.
      And
   b) Concession rate per $1,000 of gross sales, applies to 40% of party revenue.

--- All of the above is subject to a minimum annual premium of $51,340.00.

All other terms and conditions of the policy remain unchanged.

2018CV02012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**GBR 203 10 07**

# PREMIUM AUDIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

Paragraph **5. Premium Audit** of the policy conditions is deleted and replaced by the following:

5.     Premium Audit

All premiums for this policy shall be computed in accordance with the Company's rules, rates, rating plans, premiums and minimum premiums applicable to the Insurance afforded herein.

Premium shown in this coverage part as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period.  At the close of each period (or part thereof terminating with the end of the policy period), designated in the policy as the audit period, the earned premium shall be computed for such period and, upon notice thereof, to the Named Insured, shall become due and payable.  Should it become necessary to institute collection activities, including litigation, in order to collect the additional earned premium, then the insured shall be responsible to 100% of the expense, fees and costs incurred by the Company in that regard plus any collectible interest. If the total computed earned premium for the policy period is less than the premium previously paid, then the Company shall receive and retain no less than the minimum annual premium(s) listed in the Premium Payment Endorsement attached hereto.

The Named Insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the Company at the end of the policy period and at such times during the policy period as the Company may direct.

All other terms and conditions of the policy remain unchanged.

2018CV02012

**Policy Number:   GBL 60132**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**GBR 413 03/15**

**MINIMUM EARNED PREMIUM**

If this policy is canceled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro-rata.  If you request cancellation of this policy, we will retain not less than <u>25%</u> of the original premium. The cancellation will be effective even if we have not made or offered a refund.

2018CV02012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

## SCHEDULE

1. Designation of Premises (Part Leased to You):


2. Name of Person or Organization (Additional Insured):  **All entities as required by written contract**


3. Additional Premium:  **Included**


(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:
1. Any "occurrence" which takes place after you cease to be a tenant in that premises.
2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

2018CV02012

POLICY NUMBER: GBL 60132                              **COMMERCIAL GENERAL LIABILITY**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**    **All entities as required by written contract**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a franchise to you.

**Additional Premium:  Included**

2018CV02012

POLICY NUMBER: GBL 60132        **COMMERCIAL GENERAL LIABILITY**

CG 21 44 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| Premises: |
| Project: |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

1.    The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or
2.    The project shown in the Schedule.

2018CV02012

**POLICY NUMBER:   GBL 60132**

**COMMERCIAL GENERAL LIABILITY**

CG 24 07 01 96

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

## SCHEDULE

**Description of Premises and Operations:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1.  On, from or in connection with the use of any premises described in the Schedule, or

2.  In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf,

Paragraph a. of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

CG 24 07 01 96                Copyright, Insurance Services Office, Inc.,  1994                **Page 1 of 1**  □

2018CV02012

POLICY NUMBER: GBL 60132

**COMMERCIAL GENERAL LIABILITY**
**CG 24 26 07 04**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:

**9.** "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

2018CV02012

IL 00 21 07 02

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

A.  Under any Liability Coverage, to "bodily injury" or "property damage":

(1)  With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2)  Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

(1)  The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

(2)  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

(3)  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

© ISO Properties, Inc.,  2001

2018CV02012

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

2018CV02012

**Policy Number: GBL 60132**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**GBR 201 10/07**

# EXCLUSION - ABSOLUTE ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS & CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This policy does not apply to any liability arising out of, caused by, or resulting from asbestos; exposure to asbestos, or the costs of abatement, mitigation, removal or disposal of asbestos from any good, product or structure.

The coverage afforded by this policy does not apply to payment for the investigation or defense of any loss, injury or damage or any cost, fine or penalty or for any expense or claim or suit related to any of the above.

All other terms and conditions of the policy remain unchanged.

2018CV02012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**GBR 204 10/07**

# EXCLUSION - LEAD CONTAMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to:

1.    "Bodily Injury" arising out of the ingestion, inhalation or absorption of lead in any form;

2.    "Property Damage" arising from any form of lead;

3.    "Personal and Advertising Injury" arising from any form of lead;

4.    Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of lead; or

5.    Any loss, cost or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, removing, cleaning up, monitoring, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

All other terms and conditions of the policy remain unchanged.

2018CV02012

**Policy Number: GBL 60132**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**GBR 208 10/07**

## EXCLUSION-PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS & CONTRACTORS PROTECTIVE LIABILITY INSURANCE
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE

With respect to any professional services, this insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" due to the rendering or failure to render any professional service, arising out of any wrongful act of the insured, or of any other person for whose actions the insured is legally responsible arising out of any breach of duty, neglect, error, misstatement, performance of duty, misleading statement or omission in performing or failing to perform services for others for a fee.

2018CV02012

**Named Insured:  Get Air Suwanee Parks, LLC DBA Get Air Johns Creek**

**Policy Number:  GBL 60132**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

GBR 218 02/14

## EXCLUSION - PUNITIVE DAMAGES

**This endorsement modifies insurance provided under the following:**

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS /COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to liability:

1.   For punitive or exemplary damages;

2.   For damages which are not compensatory damages.

*Page 1 of 1*

2018CV02012

**Policy Number:  GBL 60132**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION – MOLD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

This insurance does not apply to, and we shall have no duty to defend or indemnify you against:

1.  "Bodily injury," "property damage," "personal and advertising injury" arising out of, resulting from, or caused or contributed to by any "fungi," mildew, spore, mold, yeast, bacteria or "microbes" or exposure to any "fungi," mildew, spore, mold, yeast, bacteria or "microbes"; or any materials containing them at any time. This exclusion applies regardless of whether the "bodily injury," "property damage," or "personal and advertising injury" occurs from causes or events that contribute concurrently or in any sequence to the "bodily injury," "property damage," or "personal and advertising injury".

2.  Any loss, cost or expense arising out of or relating to, any testing for the existence, identification, or quantification of "fungi," mildew, spores, mold, yeast, bacteria or "microbes," or the abatement, monitoring, cleaning up, removal, containment, treatment, detoxification, neutralization, remediation, or disposal of "fungi," mildew, spores, mold, yeast, bacteria or "microbes," or any medical, health care, or expert costs or fees pertaining to responding to, examining, assessing, or treating the effects of "fungi," mildew, spores, mold, yeast or "microbes" by any insured or by anyone else.

As used in this endorsement the terms "fungi" and "Microbe" are defined as follows:

"Fungi" means any type or form of fungus, including but not limited to, yeast, mold, mildew, bio-contaminants, microbial substances, rust, smut or mushroom, and including any spores, mycotoxins, odors, or any other substance, products, or byproducts produced by, released by, or arising out of the current or past presence of fungi. But "fungi" does not include any mushroom intended by the insured for healthy consumption.

"Microbe" means any non-fungal microorganism or non-fungal, colony-form organism that causes infection or disease. "Microbe" includes any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of microbes.

This exclusion does not apply to any "fungi," mildew, spore, mold, yeast or bacteria that are intended as ingredients in an edible good or edible product intended for human or animal consumption.

All other terms and conditions of the policy remain unchanged.

*GBR-225  (03/11)*                                                                                   *Page 1 of 1*

2018CV02012

**Policy Number:  GBL 60132**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**GBR 227 10/07**

**COMMUNICABLE DISEASE EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

Actions and proceedings to recover damages for "bodily injury", "property damage", "personal injury" or "advertising injury", as defined by the policy, arising directly or indirectly from the following are excluded from coverage, and the Company is under no duty to defend or to indemnify any insured in any action or proceeding based on or alleging such damages:

The transmission or alleged transmission of any communicable sickness or disease.

2018CV02012

**Policy Number:  GBL 60132**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**GBR 245 03/11**

**NAMED INSURED VERSUS NAMED INSURED EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS COMPLETED OPERATIONS LIABILITY COVERAGE PART

Section IV – Commercial General Liability conditions, Item 7.  Separation of Insureds is amended to include the following exclusion:

However:

(1)  Coverage A does not apply to "bodily injury" or "property damage" if the persons or organizations bringing suits or making claims against a Named Insured is also a Named Insured under this policy.

(2)  Coverage B does not applyu to "personal injury" or "advertising injury" if the persons or organizations Bringing suits or making claims against a Named Insured is also a Named Insured under this policy

All other terms and conditions of the policy remain unchanged.

2018CV02012

**Policy Number: GBL 60132**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GBR 296 08 10

# EXCLUSION - PRIOR MANIFESTATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This policy excludes coverage for, and the company shall have no duty to defend and/or incur expense of any kind whatsoever as respects a claim seeking damages consisting of, arising out of, or relating to  "bodily injury," "property damage," or  "personal and advertising injury" which first manifests in whole or in part, prior to the effective date of the policy.

This exclusion applies whether or not your legal liability has been established.

For Purposes of This Exclusion:

1. "Bodily injury" shall be deemed to have manifested as of the earliest date on which "bodily injury" is "medically diagnosable" or when "bodily injury" occurs, or is alleged to occur, irrespective of whether an "insured" was aware of the existence of any such "bodily injury," and irrespective of whether such "bodily injury" may have been continuous or progressive, or may have been due to repeated exposure to substantially the same harmful conditions, or may have become progressively worse during the policy period.

   As used in this section, "medically diagnosable" shall mean that distinct signs and/or symptoms of disease, ailment, or injury exist sufficient to permit a reasonably accurate medical diagnosis.

2. "Property damage" shall be deemed to have manifested as of the earliest date on which "property  damage" first occurs, is alleged to first occur, or is first observable, irrespective of whether an "insured" was aware of the existence of any such "property damage," and irrespective of whether such "property damage" may have been continuous or progressive, or may have been due to repeated exposure to substantially the same harmful conditions, or may have become progressively worse during the policy period.

3. "Personal and advertising injury" shall be deemed to have manifested as of the earliest date on which "personal and advertising injury" first occurs or is alleged to first occur, irrespective of whether such "personal and advertising injury" was continuous or progressive, or may have been due to repeated instances of substantially the same or similar harmful offenses, or whether such offenses become progressively worse during the policy period.

All other terms and conditions of the policy remain unchanged.

2018CV02012

Policy Number:  GBL 60132

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ABSOLUTE LIQUOR LIABILITY EXCLUSION

**This endorsement modifies insurance provided under the following:**

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** The furnishing of alcoholic beverages as a host or for any reason and whether or not it was furnished for a charge or for free or with or without a license;

**(4)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, retention, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage" involved that which is described in Paragraph **(1)**, **(2)**, **(3)**, or **(4)** above.

All other terms and conditions of this Policy remain unchanged.

2018CV02012

**Policy Number:  GBL 60132**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### GBR 414 04 16

# CYBER LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

This insurance does not apply to "Bodily Injury," "Property Damage," or "Personal and Advertising Injury" arising out of Cyber Liability, and no defense or indemnity will be afforded for any claim, suit or demand arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data"; or

**(3)** The interference, manipulation, reverse engineering, theft, damage to or corruption of any person's or organization's computer software or system; or

**(4)** Cyber espionage, cyber war, or cyber terrorism, or

**(5)** "Electronic aggression," or

**(6)** Any dishonest, fraudulent, malicious, or intentional violation of any federal, state or local ordinance, regulation, or statute.

This exclusion applies even if damages are claimed for negligent supervision or training, notification costs, credit monitoring expenses, forensic expenses, data restoration expenses, public relations expenses or any other loss, costs or expenses incurred by you or others arising out of that which is described in Paragraphs **(1)** through **(6)** above.

As used in this endorsement:

"Bodily Injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these at any time.

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

"Electronic aggression" means any harassment or bullying committed by means of an electronic form, including, but not limited to a blog, a chat room, an electronic bulletin board, an email, instant messaging, text messaging, a website, a gripe site, or a social network site.

"Electronic aggression" shall be deemed an intentional act and not an occurrence, regardless of the degree of culpability or intent of any insured and without regard to:

**a.** Whether the "electronic aggression" is alleged to be caused by, at the instruction of, or transmitted by an insured or any other person at the "insured location"; or

**b.** Whether the "electronic aggression" is transmitted from the "insured location"; or

**c.** Whether any insured is alleged to have failed to discover or prevent the "electronic aggression"; or

**d.** Whether the "electronic aggression" was actually transmitted in error.

2018CV02012

"Personal and advertising injury" means injury, including consequential "bodily injury," arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement."

"Property Damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

2018CV02012

Policy Number:  GBL 60132

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**GBR 417 02/17**

# EXCLUSION- UNAUTHORIZED ELECTRONIC OR WRITTEN PUBLICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY INSURANCE

The following exclusion is added to Paragraph **2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to any "bodily injury", "property damage" or "personal and advertising injury", whether direct or indirect, based on, attributable to, arising out of, involving, resulting from or in any way related to the alleged or actual unauthorized electronic or written:

1. publication; or
2. other use

of any photographs, images, drawings, or videos that are published or used by or on behalf of any insured, or by an agent or vendor of any insured, for any reason and published in any type of media including the internet or any other type of electronic communication.

A publication is unauthorized if the publication is created or published by or on behalf of any insured, or at the direction or authorization of any insured, without the written agreement or consent of the person or organization that

1. is shown or depicted in such photograph, image, drawing, or video;
2. has ownership rights to such photograph, image, drawing, or video; or
3. has rights to such photograph, image, drawing or video granted by copyright law.

The use of any photographs, images, drawings, or videos is unauthorized if such use is by or on behalf of any insured, or at the direction or authorization of any insured, without the written agreement or consent of the person or organization that

*Page 1 of 2*

2018CV02012

1. is shown or depicted in such photograph, image, drawing, or video;
2. has ownership rights to such photograph, image, drawing, or video; or
3. has rights to such photograph, image, drawing or video granted by copyright law.

This exclusion applies regardless of the legal theory or cause of action plead against any insured.  This exclusion applies regardless of whether the photograph, image, drawing, or video is in the public domain or subject to fair use.

2018CV02012

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

 © ISO Properties, Inc., 2004 ☐

2018CV02012

POLICY NUMBER: GBL 60132

**COMMERCIAL GENERAL LIABILITY**
CG 21 35 10 01

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises Or Classification: |
|---|
| |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section **I** – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section **I** – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

© ISO Properties, Inc., 2000   ☐

2018CV02012

**COMMERCIAL GENERAL LIABILITY**
**CG 21 36 03 05**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – NEW ENTITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **3.** of **Section II – Who Is An Insured** does not apply.

    © ISO Properties, Inc., 2004

2018CV02012

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** **Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.,** **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

2018CV02012

POLICY NUMBER: GBL 60132

**COMMERCIAL GENERAL LIABILITY**
**CG 21 53 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description of Designated Ongoing Operation(s):**

**Mechanical Bucking Machine and or Mechanical Bull; Overnight activities after 11:00 PM.**
**Specified Location (If Applicable):**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

     Copyright, Insurance Services Office, Inc.,  1994         □

2018CV02012

COMMERCIAL GENERAL LIABILITY
CG 21 55 09 99

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION
# WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

CG 21 55 09 99 Copyright, Insurance Services Office, Inc.,  1998 Page 1 of 1  ☐

2018CV02012

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

2018CV02012

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

2018CV02012

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

2018CV02012

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © ISO Properties, Inc., 2006 CG 00 01 12 07   □

2018CV02012

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © ISO Properties, Inc., 2006   □

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

   (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

   (b) the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III -- Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

 © ISO Properties, Inc., 2006

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

© ISO Properties, Inc., 2006     □

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insured, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

   **(1)** "Bodily injury" or "personal and advertising injury":

       **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

       **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

       **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

       **(d)** Arising out of his or her providing or failing to provide professional health care services.

   **(2)** "Property damage" to property:

       **(a)** Owned, occupied or used by,

       **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

   you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

2018CV02012

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   **b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   **c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage C;

   **b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage B.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage A; and

   **b.** Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      **(1)** How, when and where the "occurrence" or offense took place;

      **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

© ISO Properties, Inc., 2006

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

   © ISO Properties, Inc., 2006     □

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

    © ISO Properties, Inc., 2006    CG 00 01 12 07    □

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

Keith E. Fryer
Michael H. Shuster
William R. Lester
Charles I. Pollack
Helen Dillon Freed



**FRYER, SHUSTER, LESTER & POLLACK,** P.C.

SUITE 410
1050 CROWN POINTE PARKWAY
ATLANTA, GEORGIA 30338-7701

Telephone
(770) 668-9300

Fax
(770) 668-9465
Email
kfryer@galegal.com

June 6, 2024

**VIA FEDEX AND USPS**
 **CERTIFIED MAIL, RETURN**
 **RECEIPT REQUESTED**
Stacey Jackson, General Counsel
Golden Bear Insurance Company
709 North Center Street
Stockton California 95202

Re:     ***Mathew Knight v. Get Air Suwanee Parks, LLC***;
State Court of Clayton County; Civil Action File No. 2018CV02012

Dear General Counsel:

This office represents Mathew Knight with regard to all matters referenced herein. On February 22, 2024, judgment was entered against your insured, Get Air Suwanee Parks, LLC, in the State Court of Clayton County for the sum of $3,500,000.00. Thereafter, a writ of *fieri ficas* was issued by the Clerks' Office of the State Court of Clayton County on March 4, 2024. To date, the judgment remains unsatisfied.

Although your insured has filed a ***Motion for JNOV or, in the Alternative, for New Trial,*** it failed to post supersedeas bond in the matter as ordered by the Court. Therefore, Plaintiff is entitled to execute on his judgment to the extent Get Air has available any assets to satisfy said judgment. Copies of the judgment and *Fi.Fa.* are attached.

Demand is hereby made that Golden Bear Insurance Company pay to the extent its insurance policy number GBL 60132 provides coverage for the judgment, together with any and all post-judgment interest which has accrued in accordance with the terms of the Commercial and General Liability Policy.

If you have any questions regarding this matter, please contact me directly.

Very truly yours,

FRYER, SHUSTER, LESTER & POLLACK, P.C.

*/s/ Keith Fryer*

Keith E. Fryer, Esq.

KEF/kla
Enclosures

www.galegal.com

F:\HOME\KEF\1 CLIENT FILES\KNIGHT, MATHEW\2. CORRESPONDENCE\LTR TO GOLDENBEAR.DOCX

# EXHIBIT C

Stacey Jackson
June 6, 2024
Page 2


    cc: Counsel of Record (*via email only*)
       Henry Su (*via FedEx*)
       Golden Bear Insurance Company
       1550 W. Fremont Street
       Suite 200
       Stockton, California 95203

2018CV02012

e-Filed 2/22/2024 3:12 PM

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
**Waukecia Lawrence**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

MATHEW KNIGHT          )
                           )
    Plaintiff,          )    CIVIL ACTION
                           )    FILE NO. 2018CV02012
v.                       )
                           )    JUDGE:  Hon. Tammi Hayward
GET AIR SUWANEE PARKS, LLC,   )
                           )
    Defendant.        )
_____   )

## JUDGMENT ON VERDICT

The above-styled case came before the Court for a jury trial and the jury found in favor of Plaintiff and against Defendant in the amount of $3,500,000.00 on February 8, 2024.

**IT IS ORDERED** and **ADJUDGED**, that the jury's verdict, dated by the foreperson on February 8, 2024, and filed herein, be made the judgment of this Court in favor of Plaintiff in the amount of $3,500,000.00 and against Defendant. Interest on this Judgment shall accrue at the legal rate from the date of entry until satisfaction.

SO ORDERED this _22nd_ day of February, 2024.

_____
Hon. Tammi Hayward
Judge, State Court of Clayton County

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

MATHEW KNIGHT,                          )
                                        )
    Plaintiff,              )
                                        )          CIVIL ACTION NO.
       v.                   )          2018CV02012
                                        )
GET AIR SUWANEE PARKS, LLC,             )
                                        )
    Defendant.              )

### CERTIFICATE OF SERVICE

    I hereby certify that I have on this day served a copy of the order dated February 22, 2024 on the parties through the Georgia Odyssey e-filing system.

    This 22nd day of February, 2024.


                        Camille Heath-Fortson,
                        Staff Attorney for Judge Tammi Long Hayward
                        State Court of Clayton County

2018CV02012

e-Filed 2/22/2024 3:12 PM

*Tiki Brown*

**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Waukecia Lawrence

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| MATHEW KNIGHT | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO. 2018CV02012 |
| v. | ) | |
| | ) | JUDGE:  Hon. Tammi Hayward |
| GET AIR SUWANEE PARKS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT ON VERDICT

The above-styled case came before the Court for a jury trial and the jury found in favor of

Plaintiff and against Defendant in the amount of $3,500,000.00 on February 8, 2024.

**IT IS ORDERED** and **ADJUDGED**, that the jury's verdict, dated by the foreperson on

February 8, 2024, and filed herein, be made the judgment of this Court in favor of Plaintiff in the

amount of $3,500,000.00 and against Defendant. Interest on this Judgment shall accrue at the legal

rate from the date of entry until satisfaction.

SO ORDERED this ____ day of February, 2024.


_____
Hon. Tammi Hayward
Judge, State Court of Clayton County

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| MATHEW KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2018CV02012 |
| | ) | |
| GET AIR SUWANEE PARKS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a copy of the order dated February 22, 2024 on the parties through the Georgia Odyssey e-filing system.

This 22nd day of February, 2024.

Camille Heath-Fortson,
Staff Attorney for Judge Tammi Long Hayward
State Court of Clayton County

**LIEN B: 06496 P: 00266**
**06/06/2024 09:04 AM Pgs: 1 Fees: $25.00**

Tiana P Garner, Clerk of Superior Court
Gwinnett County, GA

## WRIT OF FIERI FACIAS

ERECORDED

### STATE COURT OF CLAYTON COUNTY Participant IDs: 7529368303,

| CASE NO. | DATE OF JUDGMENT |
|----------|------------------|
| 2018CV02012-LH | 02/22/2024 |

Mathew Knight

PLAINTIFF

VS
**Get Air Suwanee Parks LLC**
1420 Southlake Plaza Dr
Morrow GA 30260

DEFENDANT

Plaintiff's Attorney - Name, Address and Telephone No.

KEITH E FRYER
1050 CROWN POINTE PKWY
SUITE 410
ATLANTA GA 30338
770-668-9300

To all and singular the sheriffs of the State and their deputies:

In the above styled case, and on the judgment date set out, the plaintiff(s) recovered against the defendant(s), judgment in the following sums:

| | | | |
|---|---|---|---|
| Principal | $ | 3,500,000.00 | |
| Interest | $ | N/A | **CANCELLATION** |
| State Penalty 15-21-73 | $ | N/A | The within and foregoing Fi.Fa. having been paid in |
| County Penalty 15-21-93 | $ | N/A | full the Clerk of Superior Court is hereby directed to cancel it of record this |
| Attorney's Fees | $ | N/A | |
| Court Costs | $ | N/A | |
| Surcharges | $ | N/A | |
| Other Costs | $ | N/A | Signature and Title |
| Total Due | $ | 3,500,000.00 | |

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, **YOU ARE COMMANDED**, that of the goods and chattels, lands and tenements of said defendant(s), and **ESPECIALLY/ONLY** of the following described property, to wit:

**YOU** cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of Court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable Judges of Said Court.

Dated   MARCH 4, 2024                                                _____ Deputy Clerk


00403501

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

24-C-07460-S3

8/15/2024 8:18 AM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __Gwinnett State Court__ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ | Case Number __24-C-07460-S3__ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**
Mathew Knight

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
Golden Bear Insurance Company

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Keith E. Fryer       **State Bar Number** _____ **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☒ **Other General Civil**

**Domestic Relations Cases**
- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
       Case Number                              Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☒ Do you or your client need any disability accommodations? If so, please describe the accommodation request. Plaintiff's attorney requires accommodations for the hearing impaired.

Version 1.1.20

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-07460-S3**
**8/15/2024 8:18 AM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**Mathew Knight**

_____

_____

PLAINTIFF

VS.

**Golden Bear Insurance Company**

_____

_____

DEFENDANT

CIVIL ACTION NUMBER: 24-C-07460-S3

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Keith E. Fryer, Esq.
1050 Crown Pointe Parkway, Suite 410
Atlanta, Georgia 30338-7701

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of 15th day of August, 2024 _____, 20_____.

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**24-C-07460-S3**
**8/15/2024 8:18 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| MATHEW KNIGHT | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO. _____ 24-C-07460-S3 |
| v. | ) | |
| | ) | JUDGE: _____ |
| GOLDEN BEAR INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF MATHEW KNIGHT'S FIRST CONTINUING INTERROGATORIES TO GOLDEN BEAR INSURANCE COMPANY

TO:    Golden Bear Insurance Company
       ℅ Henry Su, Registered Agent
       1550 West Fremont Street
       Stockton, California 95203

COMES NOW Plaintiff Matthew Knight and hereby requests, pursuant to O.C.G.A. §§ 9-11-26, 9-11-33, and 9-11-34, that Defendant Golden Bear Insurance Company respond to the following written Interrogatories under oath within the time permitted by law. Each of the following Interrogatories shall be deemed continuing, and must be supplemented by Defendant to the extent required by O.C.G.A. § 9-11-26(e). Plaintiff further requests that Defendant provide copies of all requested documents and tangible things, or allow time for inspection of same within the time permitted by law.

Please include the text of each question or request before each response. Plaintiff will do the same in response to Defendant's discovery requests. To facilitate this, Plaintiff will also provide an electronic copy of this discovery upon request.

1

## I.  INSTRUCTIONS

1.  Each Interrogatory should be answered separately upon the knowledge, information and/or belief of Defendants, and any answer based upon information and belief should state that it is given upon such basis.

2.  If the complete answer to an Interrogatory is not known, so state and answer as fully as possible each part of such Interrogatory to which an answer is known.

3.  The following Interrogatories shall be continuing to the full extent permitted under the applicable provisions of the Georgia Civil Practice Act. Each Interrogatory shall be construed to include information and documents within the Defendant's knowledge, possession, or control as of the date of their answers to these Interrogatories and any supplemental information, knowledge, data, documents, or communications responsive to these Interrogatories which is subsequently generated, obtained, or discovered.

4.  If the response to any Interrogatory consists in whole or in part of any objection relating to, or including, burdensomeness, then with respect to such response:

    a.  Provided such information as can be ascertained without undue burden;

    b.  State with particularity the basis for such objection, including:

        i.  A description of the process or method required to obtain any fact or document responsive to the Interrogatory; and

        ii.  The estimated costs and time required to obtain any fact responsive to the Interrogatory.

    c.  Describe the nature and extent of the documents or other sources, if any, from which any fact responsive to the Interrogatory can be obtained.

5. In the event that any information requested therein is withheld under a claim of privilege, please provide the following regarding the information you claim is privileged:

   a. A description of the general subject matter of the information and the approximate date when it was prepared, created, or became known;

   b. The name and title of each person having knowledge of the information and the name and title of any other person who may have received such information;

   c. A statement of the circumstances which bear on whether or not the claim of privilege is appropriate, and whether the privilege is claimed should extend to all, or just part of, the information; and

   d. The numbers of each Interrogatory to which the information otherwise would be responsive.

6. To the extent any information called for by these Interrogatories is unknown to you, so state and set forth such remaining information as is known. If any estimate can reasonably be made in place of unknown information, also set forth your best estimate, clearly designated as such, in place of unknown information, and describe the basis upon which the estimate is made.

## II. **DEFINITION OF TERMS**

When used in these in these discovery requests, the following terms shall have the following meaning:

1. "You," "your," "yourself," "Defendant," and/or "Golden Bear" shall refer to Defendant Golden Bear Insurance Company the party to whom these Requests are directed, and that party's attorneys, agents, representatives, experts, consultants, servants, private

investigators, and any and all others that the party has employed, retained, hired, or are who in a position to, or may, obtain information for, or on, Defendant's behalf.

2. "Plaintiff" and/or "Mr. Knight" shall refer to Plaintiff Mathew Knight.

3. The "Subject Incident" shall mean the injury sustained by Plaintiff Mathew Knight while on Defendant's property on August 18, 2018.

4. The "Premises" and/or "Subject Premises" shall mean the Get Air Johns Creek trampoline park, located at 3975 Lakefield Court, Suite 108; Suwanee, Georgia 30024-1204.

5. The "Subject Area" and/or "'Ninja Course'" shall refer to the quasi-obstacle course in the Get Air Johns Creek trampoline park.

6. The term "person" shall refer to any individual, corporation, organization, association, partnership, business concern, and/or other legal entity.

7. "Document(s)," as used in these Requests, is intended to be construed in the broad and liberal sense and means written, typed, digital, electronically stored images, printed, recorded, or graphic matter, however produced or reproduced, of any kind or description of any kind or description, and whether an original, master, duplicate, or copy, including but not limited to, medical charts, progress notes, nurses' notes, doctors' notes, prescriptions, medical records, papers, notes, accounts, book advertisements, catalogues, manuals, publications, correspondence, cablegrams, mailgrams, telegrams, memoranda, letters, e-mails, reports, studies, analyses, assessments, pamphlets, calculations, projections, contracts, charts, plans, drawings, sketches, agreements, working papers, notebooks, vouchers, bank checks, check stubs, bills, receipts, invoices, desk calendars, appointment books, diaries, diary entries and notes, minutes, transcriptions or sound recordings of any type of personal or telephone conversations of negotiations, meetings, or

conferences, or things similar to any of the foregoing and other papers, writings, or physical things containing information, including preliminary drafts of, or marginal notes appearing on, any document, however denominated or described by the parties to whom the particular request is directed.

8. As used herein, the term "identify," or to describe or state the "identity," means:

    i.   When used in reference to a natural person, shall mean to state his or her full name, complete home and business addresses, employer or business affiliation, and occupation and business position presently held;

    ii.   When used in reference to a corporation, shall mean to state its full name, its state of incorporation, and its principal place of business;

    iii.   When used in reference to a partnership, shall mean to state its full name, the names of each partner, and its principal place of business;

    iv.   When used in reference to a person other than an individual, corporation, or partnership, shall mean to state its official name, organization form, and address;

    v.   When used in reference to an act, shall mean to state the time and place of the act, nature of the act, the names of the person(s) performing or joining the act, and the names of all persons witnessing or having knowledge of said act;

    vi.   When used in reference to documents, shall mean to state the identity of the person(s) who prepared the document, the sender and recipient(s), if any, title or description of the general nature of its subject matter, day of preparation, the location(s) of each copy, and the identity of the present custodian(s), and the contents of the document verbatim, and, if privilege is claimed, the specific basis thereof.

## INTERROGATORIES

1.

Please provide the names, address, telephone numbers, and job titles of each and every employee of Golden Bear Insurance Company that performed any claims handling functions at the inception of the claim, in preparation for trial, or during the trial for the claim that resulted in the case styled *Mathew Knight v. Get Air Suwanee Parks, LLC*, State Court of Clayton County, Civil Action File No. 2018CV02012.

Respectfully submitted,

*/s/ Keith E. Fryer*
Keith E. Fryer, Esq.
Attorney for Plaintiff
Georgia Bar No. 279037

FRYER, SHUSTER, LESTER & POLLACK, P.C.
1050 Crown Pointe Parkway
Suite 410
Atlanta, Georgia 30338-7701
T: 770.668.9300
F: 770.668.9465
kfryer@galegal.com

BONDURANT, MIXON & ELMORE, LLP

*/s/ Naveen Ramachandrappa*
Naveen Ramachandrappa
Attorney for Plaintiff
Georgia Bar No. 422036

1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
T: 404.881.4100
F: 404.881.4111
ramachandrappa@bmelaw.com

E-FILED IN OFFICE - JH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**24-C-07460-S3**

**8/15/2024 8:18 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MATHEW KNIGHT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GOLDEN BEAR INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

CIVIL ACTION  24-C-07460-S3
FILE NO. _____

JUDGE: _____

## PLAINTIFF MATHEW KNIGHT'S FIRST CONTINUING REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO GOLDEN BEAR INSURANCE COMPANY

TO:    Golden Bear Insurance Company
       % Henry Su, Registered Agent
       1550 West Fremont Street
       Stockton, California 95203

COMES NOW Plaintiff Matthew Knight and hereby requests, pursuant to O.C.G.A. §§ 9-11-33, and 9-11-34, that Defendant Golden Bear Insurance Company respond to the following written Interrogatories within thirty (30) days after service thereof. Each of the following Interrogatories shall be deemed continuing, and must be supplemented by Defendant upon the discovery of other or further information, and requiring a supplemental response upon the discovery of other or further information or documents affecting your response hereto. Plaintiff further requests that Defendant provide copies of all requested documents and tangible things, or allow time for inspection of same within the time permitted by law.

Please include the text of each question or request before each response. Plaintiff will do the same in response to Defendant's discovery requests. To facilitate this, Plaintiff will also provide an electronic copy of this discovery upon request.

1

## INSTRUCTIONS AND DEFINITIONS

A. These Requests for Production of Documents and Things shall be deemed continuing to the extent permitted by O.C.G.A. § 9-11-26(e), so as to require Defendant to serve upon Plaintiff supplemental materials if Defendant and/or Defendant's attorney(s) obtain further information and/or documents between the time the answers are served and the time of trial.

B. The following definitions shall apply to these Requests for Production of Documents and Things:

    a. "You," "your," "yourself," "Defendant," and/or "Get Air," shall refer to Defendant Get Air Suwanee Parks, LLC, the party to whom these Requests are directed, and that party's attorneys, agents, representatives, experts, consultants, servants, private investigators, and any and all others that the party has employed, retained, hired, or are who in a position to, or may, obtain information for, or on, Defendant's behalf.

    b. "Plaintiff" and/or "Mr. Knight" shall refer to Plaintiff Mathew Knight.

    c. The "Subject Incident" shall mean the injury sustained by Plaintiff Mathew Knight while on Defendant's property on August 18, 2018.

    d. The "Premises," "Subject Premises," and/or "Defendant's Property" shall mean the Get Air Johns Creek trampoline park, located at 3975 Lakefield Court, Suite 108; Suwanee, Georgia 30024-1204.

    e. The "Subject Area" and/or "'Ninja Course'" shall refer to the quasi-obstacle course in the Get Air Johns Creek trampoline park.

    f. The term "person" shall refer to any individual, corporation, organization, association, partnership, business concern, and/or other legal entity.

2

g. "Document(s)," as used in these Requests, is intended to be construed in the broad and liberal sense and means written, typed, digital, electronically stored images, printed, recorded, or graphic matter, however produced or reproduced, of any kind or description of any kind or description, and whether an original, master, duplicate, or copy, including but not limited to, medical charts, progress notes, nurses' notes, doctors' notes, prescriptions, medical records, papers, notes, accounts, book advertisements, catalogues, manuals, publications, correspondence, cablegrams, mailgrams, telegrams, memoranda, letters, e-mails, reports, studies, analyses, assessments, pamphlets, calculations, projections, contracts, charts, plans, drawings, sketches, agreements, working papers, notebooks, vouchers, bank checks, check stubs, bills, receipts, invoices, desk calendars, appointment books, diaries, diary entries and notes, minutes, transcriptions or sound recordings of any type of personal or telephone conversations of negotiations, meetings, or conferences, or things similar to any of the foregoing and other papers, writings, or physical things containing information, including preliminary drafts of, or marginal notes appearing on, any document, however denominated or described by the parties to whom the particular request is directed.

h. As used herein, the term "identify," or to describe or state the "identity," means:

i. When used in reference to a natural person, shall mean to state his or her full name, complete home and business addresses, employer or business affiliation, and occupation and business position presently held;

ii. When used in reference to a corporation, shall mean to state its full name, its state of incorporation, and its principal place of business;

3

iii. When used in reference to a partnership, shall mean to state its full name, the names of each partner, and its principal place of business;

iv. When used in reference to a person other than an individual, corporation, or partnership, shall mean to state its official name, organization form, and address;

v. When used in reference to an act, shall mean to state the time and place of the act, nature of the act, the names of the person(s) performing or joining the act, and the names of all persons witnessing or having knowledge of said act;

vi. When used in reference to documents, shall mean to state the identity of the person(s) who prepared the document, the sender and recipient(s), if any, title or description of the general nature of its subject matter, day of preparation, the location(s) of each copy, and the identity of the present custodian(s), and the contents of the document verbatim, and, if privilege is claimed, the specific basis thereof.

C. Whenever production is request of a document which is no longer in your possession, custody, and/or control, your response should identify the document by name, number, form, and/or description, and by date made, the date which document was most recently in your possession, custody, and/or control; the disposition made of the document; and the identity of the person(s) now in possession, custody, and/or control of such document. If the document has been destroyed, the response should state the reason for its destruction and the identity of the person(s) who destroyed the document, and who directed that the document be destroyed.

D. If you object to part of a request, and refuse to answer that part, state your objections and answer the remaining portion of that request. If you object to the scope or time period of the request, and refuse to answer for that scope or time period, state your objection and answer the request for the scope or time period you believe is appropriate.

4

If any of the following requests cannot be responded to in full after exercising due diligence to secure the information, please state so and answer to the extent possible, specifying your inability to answer the remainder, and stating whatever information you have concerning the unanswered portion. If your response is qualified in any particular, please set forth the details of such qualifications.

E. In the event you wish to assert attorney/client privilege or work-product exclusion, or both, as to any document requested by any of the following specific requests, then as to each document subject to such assertion, you are requested to provide the Plaintiff with identification of such document in writing, such identification to include the nature of the document, the sender, author, recipient, recipient(s) of any copies, date, name of each person to whom the original or any copy was circulated, names appearing on any circulation list of the department associated with such document, a summary statement of the subject matter of such document sufficient to permit the Court to reach a determination in the event of a ***Motion to Compel***, and an indication of the basis for assertion of privilege of the like.

## <u>REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS</u>

1.

A copy of the complete claims file for the claim involving Mathew Knight.

2.

A copy of any and all emails, written correspondence, notes, faxes, handwritten notes, memoranda, or any other kind of document transmitted, delivered in person, through interoffice or intraoffice mail, by computer or in any way shared between any parties referencing or discussing the claim for Mathew Knight, including, but not limited to, any "protection letters" set to Get Air Suwanee Parks, LLC's counsel before or during the trial.

3.

A copy of the Golden Bear Insurance Company Claims Adjusting Procedure Manual in effect as of August 18, 2018.

Respectfully submitted,

/s/ Keith E. Fryer
Keith E. Fryer, Esq.
Attorney for Plaintiff
Georgia Bar No. 279037

FRYER, SHUSTER, LESTER & POLLACK, P.C.
1050 Crown Pointe Parkway
Suite 410
Atlanta, Georgia 30338-7701
T: 770.668.9300
F: 770.668.9465
kfryer@galegal.com

STEWART, MILLAR, SIMMONS

/s/ L. Chris Stewart
L. Chris Stewart
Attorney for Plaintiff
Georgia Bar No. 142289

55 Ivan Allen Jr. Blvd NW
Suite 700
Atlanta, Georgia 30308
T: 404.328.7461
cstewart@smstrial.com

BONDURANT, MIXON & ELMORE, LLP

/s/ Naveen Ramachandrappa
Naveen Ramachandrappa
Attorney for Plaintiff
Georgia Bar No. 422036

6

1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
T: 404.881.4100
F: 404.881.4111
ramachandrappa@bmelaw.com